**Order entered May 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-15-00634-CV

---

### IN RE MARTINIANO FLORES, Relator

---

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80171-06**

---

## ORDER

Before the Court is relator's petition for writ of mandamus. The Court **ORDERS** Andrea Stroh Thompson, Collin County District Clerk, to file **within ten (10) days of the date of this order** a clerk's record in the above case including any orders by the trial court on relator's September 19, 2011 motion for forensic DNA testing, his September 19, 2011 motion for appointment of counsel in conjunction with his request for forensic DNA testing, his May 9, 2014 second amended motion for forensic DNA testing and his May 9, 2014 second amended motion for appointment of counsel in conjunction with his second amended motion for forensic DNA testing. If no such orders exist, the Court **ORDERS** Andrea Stroh Thompson, Collin County District Clerk, to so advise the Court.

The Court directs the Clerk of this Court to provide copies of this order to Andrea Stroh Thompson, Collin County District Clerk, all parties and the trial judge.

The petition for writ of mandamus remains pending before the Court.

/s/    DAVID EVANS
JUSTICE